**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-6238

BRADLEY CARL BROWN,

Plaintiff – Appellant,

v.

FEDERAL BUREAU OF PRISONS; HARLEY G. LAPPIN, Warden; AL
HAYNES, Warden; D. E. GILL, Associate Warden; HAROLD TAYLOR,
Associate Warden; V. DUPUIS, S.I.S. Lieutenant; D. MURPHY,
Lieutenant,

Defendants – Appellees.

Appeal from the United States District Court for the Northern
District of West Virginia, at Wheeling.  Frederick P. Stamp,
Jr., Senior District Judge.  (5:08-cv-00083-FPS-JES)

Submitted:  January 12, 2011          Decided:  February 2, 2011

Before DUNCAN, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bradley Carl Brown, Appellant Pro Se.  Daniel W. Dickinson, Jr.,
OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bradley Carl Brown appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Brown v. Fed. Bureau of Prisons, No. 5:08-cv-00083-FPS-JES (N.D. W. Va. Dec. 17, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED